# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

ERNESTO AGUILAR,

v.

JM & ASSOCIATES.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

E-filing

1469

TEH

TO: (Name and address of defendant)

UNKNOWN
JM+ Associates

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JOSHUA B. SWIGART (SBN: 225557)
josh@westcoastlitigation.com
HYDE & SWIGART
411 CAMINO DEL RIO SOUTH, SUITE 301
SAN DIEGO, CA 92108
(619) 233-7770
FAX (619) 297-1022

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE  MAR 17 2008

MARY ANN BUCKLEY

(BY) DEPUTY CLERK