Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
Robert L. Hyde, Esq. (SBN: 227183)
bob@westcoastlitigation.com
**HYDE & SWIGART**
411 Camino Del Rio South, Suite 301
San Diego, CA 92108-3551
Telephone: (619) 233-7770
Facsimile:  (619) 297-1022

Attorneys for Plaintiff
Ernesto Aguilar

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNESTO AGUILAR, | Case No.: CV 08 1469 TEH |
| Plaintiff, | **PROOF OF SERVICE** |
| v. | |
| JM & ASSOCIATES, | |
| Defendant. | |

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

E-filing



**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CV 08 1469 TEH

TO: (Name and address of defendant)

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is herewith served upon you, within ___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE

(BY) DEPUTY CLERK

MARY ANN BUCKLEY

JOSHUA B. SWIGART, ESQ. (SBN 225557)
HYDE & SWIGART
411 CAMINO DEL RIO SOUTH, SUITE 301
SAN DIEGO CA 92108
619-233-7770              Ref. No.      : 0304110-01
Attorney for : PLAINTIFF   Atty. File No. : CV 08 1469 TEH

UNITED STATES DISTRICT COURT, NO. DISTRICT OF CA
NORTHERN JUDICIAL DISTRICT

| | | |
|---|---|---|
| PLAINTIFF | : ERNESTO AGUILAR | Case No.: CV 08 1469 TEH |
| DEFENDANT | : JM & ASSOCIATES | **PROOF OF SERVICE** |

1.  At the time of service I was at least 18 years of age and not a party to this action.

2.  I served copies of the SUMMONS IN A CIVIL CASE; COMPLAINT; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; BLANK WAIVER OF SERVICE OF SUMMONS; BLANK OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS ECF REGISTRATION INFORMATION HANDOUT; CIVIL COVER SHEET; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES (2); CONTENTS OF JOINT CASE MANAGEMENT STATEMENT (2); DROP BOX FILING PROCEDURES SHEET

3.  a. Party served      :   JM & ASSOCIATES
    b. Person served    :   KRISTIN FRANCO, PERSON IN CHARGE
                            (CAUC/F/30YRS/5'9"/190LBS/DARK/BRN EYES)

4.  Address where the party was served  6600 JURUPA AVE.
                                         RIVERSIDE, CA  92504      (Business)

5.  I served the party
    b. **by substituted service.** On April 9, 2008 at 09:58 AM I left the documents listed in item 2
       with or in the presence of    KRISTIN FRANCO, PERSON IN CHARGE,
                                     CAUC/F/30YRS/5'9"/190LBS/DARK/BRN EYES
       (1) **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business
           of the person to be served. I informed him or her of the general nature of the papers.
       (4) a **declaration of mailing** is attached.
       (5) I attach a **declaration of diligence** stating actions taken first to attempt personal service.

6.  The "Notice to the person served" (on the summons) was completed as follows:
    c. on behalf of:       JM & ASSOCIATES
       under [xx] CCP 415.95  (business org., form unknown)

7.  **Person who served papers**
    a. LINDA DICKMANN                              d. Fee for service: $88.00
    b. KNOX ATTORNEY SERVICE, INC.                 e. I am:
       2250 Fourth Avenue                               (3) a registered California process server
       San Diego, California 92101                          (i)   an independent contractor
    c. 619-233-9700                                         (ii)  Registration No.: 152
                                                            (iii) County: San Diego

8.  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: April 15, 2008                                    Signature: _____
                                                                    LINDA DICKMANN

Jud. Coun. form, rule 2.150 CRC
JC Form POS 010 (Rev. January 1, 2007)              **PROOF OF SERVICE**

JOSHUA B. SWIGART, ESQ. (SBN 225557)
HYDE & SWIGART
411 CAMINO DEL RIO SOUTH, SUITE 301
SAN DIEGO CA 92108
619-233-7770                Ref. No.      : 0304110-01
Attorney for : PLAINTIFF    Atty. File No. : CV 08 1469 TEH

UNITED STATES DISTRICT COURT, NO. DISTRICT OF CA
NORTHERN JUDICIAL DISTRICT

| | | |
|---|---|---|
| PLAINTIFF | : ERNESTO AGUILAR | Case No.: CV 08 1469 TEH |
| DEFENDANT | : JM & ASSOCIATES | **DECLARATION REGARDING DILIGENCE** |

I received the within process on 04/08/08. After due and diligent effort I have been unable to effect personal service on the within named party at the following address(es):

Party served     JM & ASSOCIATES

Business    :    6600 JURUPA AVE., RIVERSIDE CA 92504

Attempts to effect service are as follows:

04/09/08 09:58A   Attempted service-effected substitute service

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: April 15, 2008                    Signature: _____
                                                    LINDA DICKMANN

Jud. Coun. form, rule 2.150 CRC              **DECLARATION RE DILIGENCE**

JOSHUA B. SWIGART, ESQ. (SBN 225557)
HYDE & SWIGART
411 CAMINO DEL RIO SOUTH, SUITE 301
SAN DIEGO CA 92108
619-233-7770
Attorney for : PLAINTIFF

Ref. No.       : 0304110-01
Atty. File No. : CV 08 1469 TEH

UNITED STATES DISTRICT COURT, NO. DISTRICT OF CA
NORTHERN JUDICIAL DISTRICT

| | | |
|---|---|---|
| PLAINTIFF  : ERNESTO AGUILAR | | Case No.: CV 08 1469 TEH |
| DEFENDANT : JM & ASSOCIATES | | **DECLARATION OF MAILING** |

RE:   JM & ASSOCIATES

I am a citizen of the United States and am employed in the County of SAN DIEGO, State of California. I am over 18 years of age and not a party to this action. My business address is
**2250 FOURTH AVENUE, SAN DIEGO CA 92101**

On April 11, 2008 I served the within documents:

> SUMMONS IN A CIVIL CASE; COMPLAINT; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; BLANK WAIVER OF SERVICE OF SUMMONS; BLANK OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS ECF REGISTRATION INFORMATION HANDOUT; CIVIL COVER SHEET; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES (2); CONTENTS OF JOINT CASE MANAGEMENT STATEMENT (2); DROP BOX FILING PROCEDURES SHEET

On the party in said action, by mailing a true copy thereof (by first-class mail, postage prepaid), enclosed in a sealed envelope at the mail collection site at my place of employment, addressed to the following:

> JM & ASSOCIATES
>
> 6600 JURUPA AVE.
> RIVERSIDE, CA  92504

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on April 11, 2008 at SAN DIEGO, California.

Signature: _____
LAURA BONDE

**DECLARATION OF MAILING**