1  Mark E. Ellis - 127159
   Darrell W. Spence - 248011
2  ELLIS, COLEMAN, POIRIER, LAVOIE,
     & STEINHEIMER LLP
3  555 University Avenue, Suite 200 East
   Sacramento, CA  95825
4  Tel: (916) 283-8820
   Fax: (916) 283-8821
5
   Attorneys for Defendant
6  J.M. & ASSOCIATES

7

8                     UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 | ERNESTO AGUILAR                  | Case No.: 08-cv-01469-TEH
12 |     Plaintiff,                   | **CERTIFICATION AND NOTICE TO INTERESTED PARTIES**
13 | v.                               |
14 | J.M. & ASSOCIATES,               |
15 |     Defendant.                   |
16
17

18      The undersigned, counsel of record for Defendant J.M. & ASSOCIATES, certifies that the
19 following listed parties have a direct, pecuniary interest in the outcome of this case. These
20 representations are made to enable the Court to evaluate possible disqualification or recusal.
21      1.      ERNESTO AGUILAR, Plaintiff
22      2.      J.M. & ASSOCIATES, Defendant.
23 Dated: April 23, 2008
24                                              ELLIS, COLEMAN, POIRIER, LAVOIE, &
                                                STEINHEIMER LLP
25
26                                              By _____
                                                   Mark E. Ellis
27                                                 Attorney for Defendant
                                                   J.M. & ASSOCIATES
28

                                             - 1 -

**CERTIFICATE OF SERVICE**

I, Ann Ricks, declare:

I am a citizen of the United States, am over the age of eighteen years, and am not a party to or interested in the within entitled cause. My business address is 555 University Avenue, Suite 200 East, Sacramento, CA 95825.

On April 23, 2008, I served the following document(s) on the parties in the within action:

CERTIFICATION AND NOTICE TO INTERESTED PARTIES

| X | **VIA ELECTRONIC SERVICE**: The above-described document(s) will be delivered electronically through the Court's ECF/PACER electronic filing system, as stipulated by all parties to constitute personal service, to the following: |
|---|---|

| Joshua B. Swigart<br>Hyde & Swigart<br>411 Camino Del Rio South<br>Suite 301<br>San Diego, CA 92108 | Attorneys for<br>Plaintiff Ernesto Aguilar |
|---|---|

I declare under penalty of perjury under the laws of the State of California that the foregoing is a true and correct statement and that this Certificate was executed on April 23, 2008.

By _____
Ann Ricks