IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNESTO AGUILAR,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JM AND ASSOCIATES,<br><br>　　　　　Defendant.　　　　　　　　／ | No. C 08-01469 TEH<br><br>**Clerk's Notice<br>Rescheduling Hearing** |

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the attached certificate of service)

YOU ARE NOTIFIED THAT the *Initial Case Management Conference* previously set for 06/23/08 at 1:30 PM has been rescheduled for **Monday, 07/07/08** at **1:30 PM**, before the Honorable Thelton E. Henderson. Please report to Courtroom 12, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA  94102.   Not less than 7 days prior, counsel shall submit a joint case management conference statement.

All other deadlines in the initial case management scheduling order filed on 03/17/08 remain in effect.

Dated:   May 13, 2008　　　　　　　　　　　　　　　　　FOR THE COURT,

　　　　　　　　　　　　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk

　　　　　　　　　　　　　　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　R. B. Espinosa
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk