1  Mark E. Ellis - 127159
   Darrell W. Spence - 248011
2  ELLIS, COLEMAN, POIRIER, LAVOIE,
       & STEINHEIMER LLP
3  555 University Avenue, Suite 200 East
   Sacramento, CA 95825
4  Tel: (916) 283-8820
   Fax: (916) 283-8821
5
   Attorneys for Defendant JM & ASSOCIATES
6

7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

11 | ERNESTO AGUILAR,           | Case No.: CV081469
12 |     Plaintiff,              | **DEFENDANT'S REQUEST TO APPEAR TELEPHONICALLY AT THE INITIAL CASE MANAGEMENT CONFERENCE; AND PROPOSED ORDER**
13 | v.                          |
14 | JM & ASSOCIATES,            |
15 |     Defendant.              | DATE: July 7, 2008
                                   TIME: 1:30 p.m.
                                   JUDGE: Hon. Thelton E. Henderson
16

17

18      Darrell W. Spence, counsel for Defendant JM & ASSOCIATES, requests permission to appear

19 by telephone at the Initial Case Management Conference scheduled in this matter. Mr. Spences' office

20 is located in Sacramento, some 125 miles from the Court.

21 Date: June 25, 2008

22                                    ELLIS, COLEMAN, POIRIER, LaVOIE &
                                           STEINHEIMER, LLP
23

24

25                                    By_____
                                           Darrell W. Spence
26                                         Attorney for Defendant
                                           JM & ASSOCIATES
27 ////

28 ////

- 1 -

DEFENDANT'S REQUEST TO APPEAR TELEPHONICALLY AT THE INITIAL CASE MANAGEMENT CONFERENCE; AND
PROPOSED ORDER

1  The court hereby grants the request of Darrell W. Spence to appear at the above-mentioned
2  hearing telephonically.
3  IT IS SO ORDERED.

5  Date: _____, 2008

   _____
   The Hon. Thelton E. Henderson

- 2 -

DEFENDANT'S REQUEST TO APPEAR TELEPHONICALLY AT THE INITIAL CASE MANAGEMENT CONFERENCE; AND PROPOSED ORDER