Mark E. Ellis - 127159
Darrell W. Spence - 248011
ELLIS, COLEMAN, POIRIER, LAVOIE,
 & STEINHEIMER LLP
555 University Avenue, Suite 200 East
Sacramento, CA 95825
Tel: (916) 283-8820
Fax: (916) 283-8821

Attorneys for Defendant JM & ASSOCIATES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNESTO AGUILAR,<br><br>    Plaintiff,<br><br>v.<br><br>JM & ASSOCIATES,<br><br>    Defendant. | Case No.: CV081469<br><br>**DEFENDANT'S REQUEST TO APPEAR TELEPHONICALLY AT THE INITIAL CASE MANAGEMENT CONFERENCE; AND ~~PROPOSED~~ ORDER**<br><br>DATE:   July 7, 2008<br>TIME:   1:30 p.m.<br>JUDGE:  Hon. Thelton E. Henderson |

    Darrell W. Spence, counsel for Defendant JM & ASSOCIATES, requests permission to appear by telephone at the Initial Case Management Conference scheduled in this matter. Mr. Spences' office is located in Sacramento, some 125 miles from the Court.

Date: June 25, 2008

                    ELLIS, COLEMAN, POIRIER, LaVOIE &
                        STEINHEIMER, LLP


                    By_____
                        Darrell W. Spence
                        Attorney for Defendant
                        JM & ASSOCIATES

/ / / /

/ / / /

- 1 -

1  The court hereby grants the request of Darrell W. Spence to appear at the above-mentioned
2  hearing telephonically.
3  IT IS SO ORDERED.

5  Date: _____06/27_____, 2008



The Hon. Thelton E. Henderson
Judge Thelton E. Henderson

- 2 -

DEFENDANT'S REQUEST TO APPEAR TELEPHONICALLY AT THE INITIAL CASE MANAGEMENT CONFERENCE; AND PROPOSED ORDER