Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
Robert L. Hyde (SBN: 227183)
bob@westcoastlitigation.com
**Hyde & Swigart**
411 Camino Del Rio South, Suite 301
San Diego, CA 92108-3551
Telephone: (619) 233-7770
Facsimile:  (619) 297-1022

Attorneys for Plaintiff
Ernesto Aguilar

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ERNESTO AGUILAR**,<br><br>                    PLAINTIFF,<br><br>V.<br><br>**J&M ASSOCIATES,**<br><br>                    DEFENDANT. | Case No.: **3:08-CV-01469-TEH**<br><br>**PLAINTIFF'S REQUEST TO APPEAR TELEPHONICALLY AND [PROPOSED] ORDER**<br><br>**HON. THELTON E. HENDERSON**<br><br>**Date: July 7, 2008**<br>**Time: 1:30 pm** |

**TO THE HONORABLE COURT, DEFENDANT AND THEIR ATTORNEY OF RECORD:**

    Plaintiff, ERNESTO AGUILAR, ("Plaintiff") hereby request that Plaintiff's counsel be permitted to appear telephonically at the Pretrial Scheduling Conference scheduled for July 7, 2008 at 1:30 p.m. in the above-entitled court.

//
//
//
//

    Good cause exists because Plaintiff's counsel is located in San Diego

1 | California and can meaningfully participate in the Pretrial Scheduling Conference
2 | via telephone. Defendant has been notified of this request.
3 |
4 | Dated: June 27, 2008                                   **HYDE & SWIGART**
5 |
6 |                                                         By: __/s/ Robert L. Hyde___
7 |                                                              Robert L. Hyde
  |                                                              Attorneys for Plaintiff
8 |
9 |
10 |
11 |                                              **ORDER**
12 |     Good cause being shown, it is hereby ordered that Plaintiff's counsel be
13 | permitted to appear at the Order Setting Status (Pretrial Scheduling Conference)
14 | on July 7, 2008 at 1:30 p.m. by telephone.
15 |
16 | Dated: _____
   |                                                         **HON. THELTON E. HENDERSON**
17 |                                                         U.S. DISTRICT JUDGE

1 | Re: *Aguilar v. J&M Associates,*
US District Court, Northern District of California
2 | Case No. 08-CV-01469-TEH

3 | **PROOF OF SERVICE**

I, Luisa Parra, declare as follows:

4 |

5 | I am over the age of eighteen years and not a party to the case. I am employed in the County of San Diego, California where the mailing occurs: My business address is 411 Camino Del Rio South, Suite 301 San Diego, CA 92108-3551. I am readily familiar with our business' practice of collecting, processing and

6 | mailing of correspondence and pleadings for mail with the United Postal Service.

7 | On June 27, 2008, I served the foregoing document(s) described as

8 | **PLAINTIFF'S REQUEST TO APPEAR TELEPHONICALLY AND [PROPOSED] ORDER**

9 |

10 | On the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

ELLIS, COLEMAN, POIRIER, LAVOIE & STEINHEIMER LLP
Mark E. Ellis, Darrell W. Spence
555 University Avenue, Suite 200 East
Sacramento, CA 95825

13 | ☐ BY MAIL, by placing a copy thereof in a separate envelope for each addressee named above, addressed to each addressee respectively, and then sealed each envelope and, with the
14 | postage thereon fully prepaid, deposited each in the United States mail at San Diego, California in accordance with our business' practice.

15 |

16 | ☐ BY PERSONAL SERVICE, by placing a copy thereof in a separate envelope for each addressee named above, addressed to each such addressee respectively, and caused such envelope to be delivered by hand to the offices of addressee.

17 |

18 | ☐ BY FACSIMILE, this document was transmitted by facsimile transmission from (619) 330-4657 and transmission was reported as complete and without error. A copy of the transmission report is attached to this affidavit.

19 |

20 | ☒ ELECTRONICALLY / NEF, this document was transmitted by the Internet through a Notice of Electronic Filing automatically generated by the Court Electronic Filing System Service in accordance with Federal Rules of Civil Procedure 58 and 79 and Local Rules.

21 |

22 | ☐ ELECTRONICALLY / EMAIL, this document was transmitted by the Internet from our office.

23 | I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on June 27, 2008, at San Diego, California.

24 |

25 | /S/ LUISA PARRA
Luisa Parra

26 |

27 |

28 |