Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
Robert L. Hyde (SBN: 227183)
bob@westcoastlitigation.com
**Hyde & Swigart**
411 Camino Del Rio South, Suite 301
San Diego, CA 92108-3551
Telephone: (619) 233-7770
Facsimile:  (619) 297-1022

Attorneys for Plaintiff
Ernesto Aguilar

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ERNESTO AGUILAR**,<br><br>                    PLAINTIFF,<br><br>V.<br><br>**J&M ASSOCIATES,**<br><br>                    DEFENDANT. | Case No.: **3:08-CV-01469-TEH**<br><br>**PLAINTIFF'S REQUEST TO APPEAR TELEPHONICALLY AND [PROPOSED] ORDER**<br><br>**HON. THELTON E. HENDERSON**<br><br>**Date: July 7, 2008**<br>**Time: 1:30 pm** |

**TO THE HONORABLE COURT, DEFENDANT AND THEIR ATTORNEY OF RECORD:**

Plaintiff, ERNESTO AGUILAR, ("Plaintiff") hereby request that Plaintiff's counsel be permitted to appear telephonically at the Pretrial Scheduling Conference scheduled for July 7, 2008 at 1:30 p.m. in the above-entitled court.

//
//
//
//

Good cause exists because Plaintiff's counsel is located in San Diego

REQUEST TO APPEAR TELEPHONICALLY PAGE 1                               3:08-CV-01469-TEH

1  California and can meaningfully participate in the Pretrial Scheduling Conference
2  via telephone.  Defendant has been notified of this request.

4  Dated: June 27, 2008                    **HYDE & SWIGART**

6                                          By: __/s/ Robert L. Hyde___
                                                Robert L. Hyde
7                                               Attorneys for Plaintiff

                              **ORDER**

   Good cause being shown, it is hereby ordered that Plaintiff's counsel be permitted to appear at the Order Setting Status (Pretrial Scheduling Conference) on July 7, 2008 at 1:30 p.m. by telephone.

16  Dated: ___06/30/08___

                              **HON. THELTON E. HENDERSON**
                              U.S. DISTRICT JUDGE

                              [Signature: Judge Thelton E. Henderson]
                              [Seal: United States District Court, Northern District of California]