Robert L. Hyde (SBN: 227183)
bob@westcoastlitigation.com
Joshua B. Swigart (SBN: 225557)
josh@westcoastlitigation.com
**HYDE & SWIGART**
411 Camino Del Rio South, Suite 301
San Diego, CA 92108-3551
Telephone: (619) 233-7770
Facsimile:  (619) 297-1022

Attorneys for Plaintiff
Ernesto Aguilar

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ERNESTO AGUILAR,**<br><br>PLAINTIFF,<br><br>V.<br><br>**JM & ASSOCIATES,**<br><br>DEFENDANT. | Case No.: 08-CV-01469 TEH<br><br>**PLAINTIFF'S DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS PURSUANT TO L.R. 3-16** |

Plaintiff, ERNESTO AGUILAR, certifies that to the best of Plaintiff's knowledge, there are no known persons, associations of persons, firms partnerships, corporations, or other entities other than the parties themselves known to have a financial interest or any other type of interest which would be significantly affected by the outcome of this proceeding.

Dated: June 27, 2008                **HYDE & SWIGART**

                                    By:  __/s/ Joshua B. Swigart_____
                                         Joshua B. Swigart
                                         Attorney for Plaintiff