UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

**Judge:** THELTON E. HENDERSON

**Date**: July 7, 2008

**Case No.** C 08-01469 TEH

**Case Title**: ERNESTO AGUILAR -v- JM AND ASSOCIATES

**Appearances**:

    For Plaintiff(s): Robert Hyde

    For Defendant(s): Darrell Spence

**Deputy Clerk**: Rowena B. Espinosa      **Court Reporter**: not reported

## PROCEEDINGS

1. Telephonic Initial Case Management Conference - held

Non-Expert Discovery Cutoff: **04/06/09**

Last Day to File Dispositive Motions: **04/27/09**

Last Day to Hear Dispositive Motions: **06/01/09 at 10:00 AM**

Case continued to    for Further Case Management Conference

Case continued to **Monday, 07/06/09  at 3:00 p.m.** for Pretrial Conference

Case continued to **Tuesday, 07/21/09 at 8:30 a.m.** for Trial (Jury: 5 Days)

## SUMMARY

- This matter is referred to a magistrate judge for settlement.  The parties shall inform this Court by 07/21/08 of their choice of magistrate.