1  Mark E. Ellis - 127159
   Darrell W. Spence - 248011
2  ELLIS, COLEMAN, POIRIER, LAVOIE, & STEINHEIMER LLP
   555 University Avenue, Suite 200 East
3  Sacramento, CA  95825
   Tel:  (916) 283-8820
4  Fax: (916) 283-8821

5  Attorneys for Defendant
   JM & Associates
6
   Robert L. Hyde (SBN: 227183)
7  bob@westcoastlitigation.com
   Joshua B. Swigart (SBN: 225557)
8  josh@westcoastlitigation.com
   Hyde & Swigart
9  411 Camino Del Rio South, Suite 301
   San Diego, CA 92108-3551
10 Tel : (619) 233-7770
   Fax: (619) 297-1022
11
   Attorneys for Plaintiff
12 Ernesto Aguilar

13

14                    UNITED STATES DISTRICT COURT

15                  NORTHERN DISTRICT OF CALIFORNIA

16
   ERNESTO AGUILAR,                    | Case No.:  CV 08-01469 TEH
17
          Plaintiff,                   | **STIPULATION TO TAKE EARLY**
18                                     | **NEUTRAL EVALUATION OFF CALENDAR**
   v.                                  | **AND PROPOSED ORDER**
19
   JM & ASSOCIATES,                    | Pre-Early Neutral Evaluation Phone Conference
20                                     | Set for August 8, 2008, at 10:00 a.m.
          Defendant.                   |
21                                     | Neutral Evaluator George C. Harris
22                                     | Honorable Thelton Henderson
23
24       Plaintiff Ernesto Aguilar and Defendant JM & Associates, by and through their respective

25 counsel of record, submit the following Stipulation to take the early neutral evaluation in this case off

26 calendar.  The pre-evaluation phone conference is set for August 8, 2008.  No date has been set for the

27 early neutral evaluation.

28
                                          - 1 -

**STIPULATION TO TAKE EARLY NEUTRAL EVALUATION OFF CALENDAR AND PROPOSED ORDER**

1    In light of the fact that the parties in this case are scheduled for a settlement conference on

2  September 24, 2008, with Judge Joseph C. Spero, an early neutral evaluation is not needed at this time.

3    BASED ON THE FOREGOING, IT IS HEREBY STIPULATED BY AND BETWEEN THE

4  PARTIES that the early neutral evaluation be taken off calendar.

5

6  Dated: August 7, 2008

7                                      Ellis, Coleman, Poirier, LaVoie, & Steinheimer LLP

8                                      By  /s/  Darrell W. Spence
                                           Darrell W. Spence
9                                          Attorney for
                                           DEFENDANT JM & ASSOCIATES
10

11  Dated: August 7, 2008
                                        Hyde & Swigart
12

13                                      By  /s/  Joshua B. Swigart
                                           Joshua B. Swigart
14                                         Hyde & Swigart
                                           Attorney for
15                                         ERNESTO AGUILAR

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION TO TAKE EARLY NEUTRAL EVALUATION OFF CALENDAR AND PROPOSED ORDER**

1

**PROPOSED ORDER**

2    Good Cause appearing, it is hereby ordered that the early neutral evaluation in this case,

3  currently having no set date, be taken off calendar.

4

5  Dated: _____          _____

6                                          UNITED STATES DISTRICT COURT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION TO TAKE EARLY NEUTRAL EVALUATION OFF CALENDAR AND PROPOSED ORDER**

# CERTIFICATE OF SERVICE

I, Rosanne Estrella, declare:

I am a citizen of the United States, am over the age of eighteen years, and am not a party to or interested in the within entitled cause. My business address is 555 University Avenue, Suite 200 East, Sacramento, CA 95825.

On August 7, 2008, I served the following document(s) on the parties in the within action:

**STIPULATION TO TAKE EARLY NEUTRAL EVALUATION OFF CALENDAR AND PROPOSED ORDER**

| | |
|---|---|
| X | **VIA ELECTRONIC SERVICE:** The above-described document(s) will be delivered electronically through the Court's ECF/PACER electronic filing system, as stipulated by all parties to constitute personal service, to the following: |

Joshua B. Swigart                          Attorneys for
Hyde & Swigart                             PLAINTIFF ERNESTO AGUILAR
411 Camino Del Rio South
Suite 301
San Diego, CA 92108

I declare under penalty of perjury under the laws of the State of California that the foregoing is a true and correct statement and that this Certificate was executed on August 7, 2008.

By _____

- 4 -