Mark E. Ellis - 127159
Darrell W. Spence - 248011
ELLIS, COLEMAN, POIRIER, LAVOIE, & STEINHEIMER LLP
555 University Avenue, Suite 200 East
Sacramento, CA 95825
Tel: (916) 283-8820
Fax: (916) 283-8821

Attorneys for Defendant
JM & Associates

Robert L. Hyde (SBN: 227183)
bob@westcoastlitigation.com
Joshua B. Swigart (SBN: 225557)
josh@westcoastlitigation.com
Hyde & Swigart
411 Camino Del Rio South, Suite 301
San Diego, CA 92108-3551
Tel : (619) 233-7770
Fax: (619) 297-1022

Attorneys for Plaintiff
Ernesto Aguilar

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNESTO AGUILAR,<br><br>    Plaintiff,<br><br>v.<br><br>JM & ASSOCIATES,<br><br>    Defendant. | Case No.:  CV 08-01469 TEH<br><br>**STIPULATION TO TAKE EARLY NEUTRAL EVALUATION OFF CALENDAR AND ~~PROPOSED~~ ORDER**<br><br>Pre-Early Neutral Evaluation Phone Conference Set for August 8, 2008, at 10:00 a.m.<br><br>Neutral Evaluator George C. Harris<br><br>Honorable Thelton Henderson |

Plaintiff Ernesto Aguilar and Defendant JM & Associates, by and through their respective counsel of record, submit the following Stipulation to take the early neutral evaluation in this case off calendar.  The pre-evaluation phone conference is set for August 8, 2008.  No date has been set for the early neutral evaluation.

- 1 -

STIPULATION TO TAKE EARLY NEUTRAL EVALUATION OFF CALENDAR AND PROPOSED ORDER

In light of the fact that the parties in this case are scheduled for a settlement conference on September 24, 2008, with Judge Joseph C. Spero, an early neutral evaluation is not needed at this time.

BASED ON THE FOREGOING, IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES that the early neutral evaluation be taken off calendar.

Dated: August 7, 2008

          Ellis, Coleman, Poirier, LaVoie, & Steinheimer LLP

By /s/ *Darrell W. Spence*
    Darrell W. Spence
    Attorney for
    DEFENDANT JM & ASSOCIATES

Dated: August 7, 2008

          Hyde & Swigart

By /s/ *Joshua B. Swigart*
    Joshua B. Swigart
    Hyde & Swigart
    Attorney for
    ERNESTO AGUILAR

**STIPULATION TO TAKE EARLY NEUTRAL EVALUATION OFF CALENDAR AND PROPOSED ORDER**

~~PROPOSED~~ ORDER

Good Cause appearing, it is hereby ordered that the early neutral evaluation in this case, currently having no set date, be taken off calendar.

Dated: _____08/13/08_____    _____
UNITED STATES DISTRICT COURT JUDGE



- 3 -

**STIPULATION TO TAKE EARLY NEUTRAL EVALUATION OFF CALENDAR AND PROPOSED ORDER**